UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.9:19-cv-81620-RLR

RITA FOX,
    Plaintiff(s),

v.

DANA JAMES GAINES (Individually)
AND LUCILLE F. GAINES (Individually),
    Defendants.

_____/

**PLAINTIFF'S EMERGENCY MOTION TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S MOTION IN LIMINE**

COMES NOW, Plaintiff, RITA FOX, hereby moves this Honorable Court to allow co-lead counsel for the Plaintiff, Denita Jones, to appear telephonically at the hearing on Plaintiff's Motion in Limine schedule for Tuesday, June 21, 2022 at 2:00pm, and as grounds therefore, states the following:

1. An in person hearing on Plaintiff's Motion in Limine has been scheduled in this matter on Tuesday, June 21, 2022, at 2:00pm.

2. Co-lead counsel for Plaintiff, Denita Jones, has been preparing to argue significant portions of Plaintiff's Motion in Limine since the Court set the in-person hearing. However, Attorney Jones just recently had a member of her household with whom she has been in close contact test positive for the coronavirus.

3. Due to health concerns related to the coronavirus and in an effort to minimize the spread of the coronavirus, Attorney Jones must remain quarantined at least until June 23, 2022.

1

4. Two other members of Plaintiff's remaining legal team are not able to participate the June 21, 2022 hearing due to prior professional commitments. Because the remaining two members, including Attorney Jones, were available at the time this Court reset the hearing for June 21 to accommodate Defendant's counsel's vacation schedule, Plaintiff did not need to seek rescheduling of the hearing.

5. However, now that Attorney Jones, who has been preparing to argue significant portions of the motion is unable to be physically present at the courthouse on June 21, 2022, Plaintiff requests that Attorney Jones be permitted to attend by telephone.

CERTIFICATE OF COUNSEL Pursuant to Local Rule 7.1.a.3: On Monday, June 20, after learning of the above update regarding a positive coronavirus test, counsel for Plaintiff reached out to counsel for Defendants, Gary Brookmyer, who has not objection to this Motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order granting this Emergency Motion to Appear Telephonically at the hearing on Plaintiff's Motion in Limine, scheduled for Tuesday, June 21, 2022 at 2:00pm, and granting any other relief this Court deems just, fair and equitable under the facts and circumstances of this case.

By: _/s/Denita Jones_____

Matthew Zimmerman
Florida Bar No. 11484
matthew.zimmerman@hklaw.com
HOLLAND & KNIGHT LLP
77 South Flagler Drive
Suite 1900, West Tower
West Palm Beach, Florida 33401
Telephone:    561-833-2000
Facsimile:    561-650-8399

Philip E. Rothschild
Florida Bar No. 0088536

phil.rothschild@hklaw.com
Courtney Oakes
Florida Bar No. 106553
courtney.oakes@hklaw.com
515 East Las Olas Boulevard,
12th Floor
Fort Lauderdale, FL 33301
Tel:    (954) 525-1000
Fax:   (954) 463-2030

and

Denita Jones
Fla. Bar No. 109494
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street, Suite 200
West Palm Beach, FL 33401
Email:  djones@legalaidpbc.org
***Attorneys for Plaintiff Rita Fox***

**CERTIFICATE OF SERVICE**

I, Denita Jones, certify that I served a copy of the foregoing Plaintiff's Emergency Motion to Appear Telephonically at Plaintiff's Emergency Motion hearing on Plaintiff's Motion in Limine to counsel for Defendant via CM/ECF on this 20th day of June 2020 c/o Gary Brookmyer, Esq., Brookmyer, Hochman, Probst & Jonas, P.A., Gardens Plaza, Suite 500, 3300 PGA Blvd., Palm Beach Gardens, FL 33410; gary@brookmyerlaw.com and gbrookmyer_eservice@yahoo.com.

Respectfully Submitted,

*/s/ Denita Jones*_____
Denita Jones, Esq.
Florida Bar No. 0109494
Email: djones@legalaidpbc.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.9:19-cv-81620-RLR

RITA FOX,

                       Plaintiff(s),

v.

DANA JAMES GAINES (Individually)
AND LUCILLE F. GAINES (Individually),

                       Defendants.

_____/

## PROPOSED ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Emergency Motion to Appear Telephonically at the Hearing on Plaintiff's Motion in Limine. Upon consideration of the motion, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney Jones is permitted to attend the hearing on Plaintiff's Motion in Limine, scheduled Tuesday, June 21, 2022 at 2:00pm by telephone.

**DONE AND ORDERED** in chambers, Fort Lauderdale, Florida, this ___ days of June 2022.

                                                                             _____
                                                                             RAAG SINGHAL
                                                                              UNITED STATES DISTRICT JUDGE

Copies furnished via CM/ECF